

# Fourth Court of Appeals
## San Antonio, Texas

June 14, 2021

No. 04-21-00085-CV

**EX PARTE J.C.F., JR.**

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 20-07-0624-CVA
Honorable Walden Shelton, Judge Presiding

# O R D E R

Appellee's brief was originally due May 28, 2021; however, the court granted an extension of time until June 14, 2021. Appellee has filed a motion requesting an additional thirty-day extension of time to file the brief.

We **grant** the motion and **order** appellee's brief filed by July 14, 2021. Counsel is advised that no further extensions of time will be granted absent a motion, filed before the brief is due, that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of June, 2021.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court